## S. C. CURRY v. STATE.
### No. 14360.

Court of Criminal Appeals of Texas.
April 15, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment is regular. There is no statement of facts or bill of exception in the record. Observing no errors and none having been pointed out, the judgment is affirmed.